UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         ORDER
                                    :
                                    :         S4 11 CR-755 (JFK)
  Jose Ortega                       :         ————————
                                    :           Docket #
------------------------------------x


Hon. John F. Keenan, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case

  Daniel Nobel                      is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   Justine Harris   , NUNC-PRO-TUNC  10-24-12 .
                          Attorney's Name


                                    SO ORDERED.

                                    John F. Keenan
                                    ————————————————
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         10-24-2012

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-12**