UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America        Plaintiff,        Case No. 10-CR-051

     -against-

Henriquez, et al.        Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Justine A. Harris
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 2841955

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Colson & Harris LLP
             FIRM ADDRESS: 10 E 40th Street, Suite 3307, New York, NY 10016
             FIRM TELEPHONE NUMBER: 212-257-6454
             FIRM FAX NUMBER: 212-257-6453

NEW FIRM:    FIRM NAME: Colson & Harris LLP
             FIRM ADDRESS: 80 Broad Street, 19th Floor, New York, NY 10004
             FIRM TELEPHONE NUMBER: 212-257-6454
             FIRM FAX NUMBER: 212-257-6453

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 8/21/2013                  _____/s/_____
                                  ATTORNEY'S SIGNATURE