UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA                :       # 11 CR 755 (JFK)

       -v-                              :

Ortega                                  :
-----------------------------------X
    Please be advised that the ~~conference~~/(sentence) scheduled for January 8, 2014
has been rescheduled to January 30, 2014 at 12: NOON

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

12-2-2013

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13